

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00454-CV

Paul A. **STRATHOPOLOUS**,
Appellant

v.

Julia **ARMSTRONG**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI10593
Honorable Rosie Alvarado, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios Justice

Delivered and Filed: February 10, 2021

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal, stating he no longer wishes to pursue it.

We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f); *Caballero v.*

*Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.) (en banc)

(per curiam).

PER CURIAM